UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT
DEC 15 2025
PER EA
DEPUTY CLERK

---

ALEXANDER VICENTE PINZA CAIZA,

Petitioner,

v. Civil Action No. _____

WARDEN, MOSHANNON VALLEY ICE PROCESSING CENTER;

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE);

UNITED STATES DEPARTMENT OF HOMELAND SECURITY (DHS);

ATTORNEY GENERAL OF THE UNITED STATES,

Respondents.

---

PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

---

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALEXANDER VICENTE PINZA CAIZA,

Petitioner,

v. Civil Action No. _____

WARDEN, MOSHANNON VALLEY ICE PROCESSING CENTER;

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE);

U.S. DEPARTMENT OF HOMELAND SECURITY (DHS); ATTORNEY GENERAL OF THE UNITED

STATES,

Respondents.

PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

COMES NOW DOMINGUEZ GRETTEL ANAHI, a United States citizen, acting as "Next Friend" on behalf of her romantic partner,

ALEXANDER VICENTE PINZA CAIZA (A# 245-363-731), who is currently

detained at Moshannon Valley ICE Processing Center, and hereby petitions this Honorable Court for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and alleges the following:

I. JURISDICTION AND VENUE

1.      This Court has jurisdiction under 28 U.S.C. § 2241 because Petitioner challenges the legality of his immigration detention within the Middle District of Pennsylvania.

2.     Venue is proper because Petitioner is confined at Moshannon Valley ICE Processing Center, 555 Geo Drive, Philipsburg, PA 16866.

## II. PARTIES

3. Petitioner: ALEXANDER VICENTE PINZA CAIZA, A# 245-363-731, citizen of Ecuador.

4.     Next Friend Petitioner: DOMINGUEZ GRETTEL ANAHI, United States citizen, spouse of the detainee.

5.     Respondents include the Warden of Moshannon Valley ICE Processing Center, the Director of ICE, the Secretary of DHS, and the U.S. Attorney General.

## III. FACTUAL BACKGROUND

6.     On December 3, 2025 at approximately 7:00 a.m., Petitioner appeared voluntarily for a scheduled check-in appointment with ICE.

7.     Despite full cooperation and absence of criminal history, ICE detained Petitioner without providing an individualized custody determination or explanation.

8.     Petitioner previously had an asylum case pending which later appeared as "CLOSED" in the EOIR system. No final order of removal is known or served. Petitioner and his spouse have not received notice of any final order.

9.     ICE is detaining Petitioner without statutory basis under INA § 236 because there is no valid final order under INA § 241.

10.     Petitioner's detention is arbitrary, unreasonable, and violates the Due Process Clause of the Fifth Amendment.

## IV. LEGAL CLAIMS

11.     Under Zadvydas v. Davis and Jennings v. Rodriguez, immigration detention must be reasonably related to its purpose and cannot be arbitrary.

12.     Without a final order of removal, ICE lacks authority to detain Petitioner indefinitely.

13.     Petitioner is neither a danger nor a flight risk, as demonstrated by voluntary appearance and marital ties to a U.S. citizen.

## V. REQUEST FOR RELIEF

Petitioner requests that this Court:

A. Order his immediate release under reasonable supervision or parole; or

B. Order ICE to provide a constitutionally compliant custody hearing;

C. Grant any further relief deemed just and proper.

Respectfully submitted,

_____
DOMINGUEZ GRETTEL ANAHI

Next Friend Petitioner

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

Retail   17701 $33.40

U.S. POSTAGE PAID
PME
ELMHURST, NY 11373
DEC 10, 2025
S2324A500147-13

RDC 07

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2



**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE (917) 434-4228
Grettel Dominguez
60-19 56th Road, Apt 2R
Maspeth, NY, 11378

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( )
United States District Court
Middle District of Pennsylvania Clerk of Court
240 West Third Street, Suite 218
Williamsport, PA, 17701
ZIP+4: 17701

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

⇦ PEEL FROM THIS CORNER

ER 241 195 973 US

RECEIVED
WILLIAMSPORT
DEC 15 2025
PER  EA
DEPUTY CLERK

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☑ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 11373
Scheduled Delivery Date: 12/12/25
Postage: $33.40
Date Accepted: 12/10/25
Scheduled Delivery Time: 6:00 PM
Insurance Fee / COD Fee
Time Accepted ☐AM ☐PM
Return Receipt Fee / Live Animal Transportation Fee
Special Handling/Fragile
Sunday/Holiday Premium Fee
Weight ☐ Flat Rate  Acceptance Employee Initials: M.C
Total Postage & Fees: $33.40

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) / Time / Employee Signature
Delivery Attempt (MM/DD/YY) / Time / Employee Signature

LABEL 11-B, NOVEMBER 2023  PSN 7690-02-000-9996

   

UNITED STATES POSTAL SERVICE®